UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:00-CR-71 |
| | ) | |
| JEREMY DEAN MARSH | ) | |

**O R D E R**

This supervised release revocation matter came before the Court on August 1, 2005, for the hearing in regard to whether or not the defendant has violated the terms of his supervised release. The defendant stipulated that he has violated the terms of his supervised release by the following:

    1. On October 4, 2004, he was cited for exhibiting blue lights, violation of registration, and no insurance. These charges were dismissed after he complied with state law. He did not report this citation to probation within ten (10) days.

    2. In October of 2004, he changed employment and did not notify probation.

    3. On December 9, 2004, he was questioned by police when his wrecked abandoned vehicle was found. He did not report this to probation within 10 days.

4. On April 26, 2005, he tested positive for marijuana. Although he denied using marijuana, the lab confirmed that the test was positive for marijuana. He later stated that while he was out with friends he had been so intoxicated that he did not remember smoking the marijuana.

It was undisputed that the defendant's violation guideline sentence is up to twenty-four (24) months. Considering the factors set out in 18 *U.S.C.* § 3553(a), the Court finds that these factors suggest that a reasonable sentence in this case is thirty (30) days. The defendant's conduct in violation of his supervised release was serious. Although, his personal characteristics involve abuse of drugs and alcohol, the defendant has been steadily employed and is paying $70.00 a week in child support for each of his two children.

Accordingly, it is hereby **ORDERED** that the defendant's term of supervised release is revoked and he is sentenced to serve a term of one weekend in the Greene County Detention Center to be followed by a term of two (2) years of supervised release.

While on supervised release, the defendant shall not commit another Federal, state, or local crime, shall comply with the standard conditions that have been adopted by this Court in Local Rule 83.10, and shall not illegally possess a controlled substance. In addition, it is also hereby **ORDERED** that the defendant shall comply with the following special conditions:

1. The defendant shall participate in a program of testing and treatment for drug and/or alcohol abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer.

2. The defendant shall spend nine (9) weekends in jail.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE